```
DALE L. ALLEN, # 145279
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California  94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634
dallen@lowball.com; dlarsen@lowball.com

Attorneys for Defendants
CITY OF EMERYVILLE and
EDWARD MAYORGA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEM DANG,<br><br>              Plaintiff,<br><br>   vs.<br><br>CITY OF EMERYVILLE EDWARD MAYORGA and DOES 1 to 50,<br>              Defendants. | No. C 09-00806-MHP-MEJ<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE<br><br>Date:         August 4, 2009<br>Time:         10:30 a.m.<br>Courtroom:  B, 15th Floor<br><br>Judge:        Hon. Maria-Elena James |

The parties to the above-captioned action, by and through their respective counsel, hereby stipulate to continue the Settlement Conference presently scheduled for August 4, 2009, at 10:30 a.m., to August 12, 2009, at 10:30 a.m.  The grounds for this stipulation are that counsel for defendants has a

///

///

///

///

///

///

///

///

1  pre-planned vacation for the week encompassing August 4, 2009.

2      SO STIPULATED.

4      Dated: July 14, 2009.

5                                          LOW, BALL & LYNCH

7                                          By      /s/   Dirk D. Larsen
                                              DALE L. ALLEN, JR.
8                                             DIRK D. LARSEN
                                              Attorneys for Defendants
9                                             CITY OF EMERYVILLE and EDWARD
                                              MAYORGA

11
      Dated: July _____, 2009.
12
                                              LAW OFFICES OF EDWARD C. CASEY, JR.
13

15                                          By      /s/ Edward C. Casey
                                              EDWARD C. CASEY, JR.
                                              Attorneys for Plaintiff
16                                            KEM DANG

18      Pursuant to stipulation, IT IS HEREBY ORDERED that the settlement conference presently

19  scheduled for August 4, 2009, at 10:30 a.m., be continued to August 12, 2009, at 10:30 a.m.

20      SO ORDERED.

22      Dated: July 17, 2009   .

24                                          _____
                                              HON. MARIA ELENA-JAMES
25                                            U.S. MAGISTRATE JUDGE

-2-
STIPULATION AND [PROPOSED] ORDER
C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\~4872113.wpd                USDC 3:09-cv-00806-MHP-MEJ